John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
SHAROD GIBBONS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15 CR 158 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER |
| vs. | |
| CHARLES BEAVER and SHAROD GIBBONS, | Date:    December 15, 2015 |
| | Time:    9:15 a.m. |
| Defendants. | Judge:   Honorable John A. Mendez |

    The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Charles Beaver, Robert M. Holley, Esq. and counsel for defendant Sharod Gibbons, John R. Manning, Esq., hereby stipulate the following:

    1.  By previous order, this matter was set for status conference on October 6, 2015.

    2.  By this stipulation, defendants now move to continue the status conference until December 15, 2015 and to exclude time between October 6, 2015 and December 15, 2015 under Local Code T-4 (to allow defense counsel time to prepare).  Defendant Bryce Beaver wishes to remain on calendar for October 6, 2015.

    3.  The parties agree and stipulate, and request the Court find the following:

1

a.  The United States has produced 29 discs containing photographs, audio files, and video files, as well as one disc containing approximately 180 pages of reports.

b.  Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c.  Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The Government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 6, 2015, to December 15, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 30, 2015       /s/ Robert M. Holley
                                ROBERT M. HOLLEY
                                Attorney for Defendant
                                Charles Beaver


Dated: September 28, 2015       /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Sharod Gibbons


Dated: September 28, 2015       Benjamin B. Wagner
                                United States Attorney

                                /s/ Justin Lee
                                JUSTIN LEE
                                Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 30th day of September, 2015.

                                /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT