**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2150 River Plaza Drive, Suite 164**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant CHARLES BEAVER**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 2:15-CR-00158 JAM** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **CHARLES BEAVER,** | |
| Defendant. | |

### STIPULATION

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently set on the Court's calendar for Tuesday, December 15, at 9:00 a.m. be vacated and continued without appearance to **Tuesday, January 12, 2016 at 9:15 a.m. for Status Conference.** A change of plea is expected at that time.

   The purpose of this stipulation is to allow the defense time to further review the discovery and for the parties to conduct further negotiations in order to avoid an unnecessary trial.

   The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the

defendant's right to a speedy trial, and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the effective date of the parties' stipulation of December 15, 2015 up to and including the proposed status conference date of January 12, 2016.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

**DATED:  December 11, 2015**

*/s/ Robert M. Holley*_____
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. Charles Beaver**

**DATED:  December 11, 2015**

*/s/ Justin Lee  (by RMH)*_____
**Mr. Justin Lee, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

**ORDER**

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv).  The

////

////

////

previously set date for Status Conference of December 15, 2015 is hereby vacated, and the matter is reset on the Court's regular law and motion calendar for Status Conference for **Tuesday, January 12, 2016 at 9:15 a.m.**

        **Dated: December 11, 2015**

        /s/ John A. Mendez
**THE HONORABLE JOHN A. MENDEZ**
**United States District Court Judge**
**Eastern District of California**