**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
**Attorney at Law**
**2150 River Plaza Drive, Suite 164**
**Sacramento, California 95833**

**Telephone: (916) 922-2255**

**Counsel for Defendant CHARLES BEAVER**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:15-CR-00158 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| **CHARLES BEAVER,** | |
| Defendant. | |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently set on the Court's calendar for Tuesday, February 2, 2016, at 9:15 a.m. be vacated and continued without appearance to **Tuesday, March 1, 2016 at 9:15 a.m. for Status Conference.**  A change of plea is expected at that time.

The parties are close to reaching an agreement on plea but there are major discrepancies in the "factual basis" that need to be determined before finalization.  This will require a defense review of all of the discovery (about 30 CDs) and possibly a debrief of the defendant before the parties can have arrive at a meeting of the minds.  All of this takes time and forms the basis of

this request for a continuance of slightly over 30 days.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial, and that the time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the effective date of the parties' stipulation commencing February 2, 2015 up to and including the proposed new date for status conference March 1, 2016.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

**Respectfully submitted,**

**DATED:  January 28, 2016**

*/s/ Robert M. Holley*_____
**Mr. Robert M. Holley, Esq.**
**Counsel for Mr. Charles Beaver**

**DATED:  January 28, 2016**

*/s/ Justin Lee  (by RMH)*_____
**Mr. Justin Lee, Esq.**
**Assistant United States Attorney**
**Counsel for the United States**

### ORDER

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv).  The

previously set date for Status Conference of February 2, 2016 is hereby vacated, and the matter is reset on the Court's regular law and motion calendar for Status Conference for **Tuesday, March 1, 2016 at 9:15 a.m.**

**Dated: January 29, 2016**

   /s/ JOHN A. MENDEZ
**THE HONORABLE JOHN A. MENDEZ**
**United States District Judge**
**Eastern District of California**