BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00158-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CHARLES BEAVER, | DATE: March 1, 2016 |
| Defendant. | TIME: 9:15 a.m. COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 1, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until April 26, 2016 at 9:15 a.m, and to exclude time between March 1, 2016, and April 26, 2016 at 9:15 a.m, under Local Code T4.

3.      The parties stipulate and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes reports related to several firearms transactions and several hours of audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)       Counsel for defendant desires additional time consult with his client, conduct further investigation, review the discovery, discuss potential options for resolutions, and otherwise prepare for trial.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2016 to April 26, 2016 at 9:15 a.m, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 25, 2016                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney

Dated:  February 25, 2016                    /s/ ROBERT HOLLEY
                                             ROBERT HOLLEY
                                             Counsel for Defendant
                                             CHARLES BEAVER




### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of February, 2016.


                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE