1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:15-CR-00158-JAM

12                    Plaintiff,        STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL
13          v.                          ACT; FINDINGS AND ORDER

14  CHARLES BEAVER,                     DATE: April 26, 2016
                                        TIME:  9:15 a.m.
15                    Defendant.        COURT: Hon. John A. Mendez

16

17                         **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on April 26, 2016.

21      2.      By this stipulation, defendant now moves to continue the status conference

22  until June 28, 2016 at 9:15 a.m., and to exclude time between April 26, 2016, and June 28,

23  2016 at 9:15 a.m., under Local Code T4.

24      3.      The parties stipulate and request that the Court find the following:

25          a)      The government has represented that the discovery associated with

26  this case includes reports related to several firearms transactions and several hours

27  of audio recordings. All of this discovery has been either produced directly to

28  counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time consult with his client, conduct further investigation, review the discovery, discuss potential options for resolutions, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 26, 2016 to June 28, 2016 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  April 21, 2016                    BENJAMIN B. WAGNER
                                            United States Attorney
7
                                            /s/ JUSTIN L. LEE
8                                           JUSTIN L. LEE
                                            Assistant United States Attorney
9

10 Dated:  April 21, 2016                   /s/ ROBERT HOLLEY
                                            ROBERT HOLLEY
11                                          Counsel for Defendant
                                            CHARLES BEAVER
12

13

14

15                          **FINDINGS AND ORDER**

16    IT IS SO FOUND AND ORDERED this 21st day of April, 2016.
17

18                                          /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
19                                          UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28