**ROBERT M. HOLLEY, ESQ. (SNB 50769)**
Attorney at Law
2150 River Plaza Drive, Suite 164
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant CHARLES BEAVER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      Plaintiff, vs. CHARLES BEAVER,      Defendant. | Case No.: 2:15-CR-00158 JAM STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel that the status conference presently set on the Court's calendar for Tuesday, June 28, 2016, at 9:15 a.m. be vacated and continued without appearance to **Tuesday, July 12, 2016 at 9:15 a.m. for Status Conference.**  A change of plea is expected at that time.

The parties have been diligently working toward reaching a plea agreement, including conducting a debrief, and back and forth attempts in arriving at a factual basis satisfactory to all parties.  At present, we seem to be at an impasse as to the underlying facts that have to do with relative culpability and mitigation.  We are working on it.  We need one more brief continuance

1

of about two weeks.

The parties further stipulate and agree that the ends of justice will be served by the granting of this request for continuance which outweigh the best interests of the public and the defendant's right to a speedy trial, and that the time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), corresponding to Local Code T-4, from the effective date of the parties' stipulation commencing June 28, 2016 up to and including the proposed new date for status conference/plea of July 12, 2016.

Accordingly, the parties respectfully request that the Court adopt this proposed stipulation.

**IT IS SO STIPULATED.**

                                                **Respectfully submitted,**

**DATED:  June 23, 2016**

                                       */s/ Robert M. Holley*
                                       **Mr. Robert M. Holley, Esq.**
                                       **Counsel for Mr. Charles Beaver**

**DATED:  June 23, 2016**

                                       */s/ Justin Lee  (by RMH)*
                                       **Mr. Justin Lee, Esq.**
                                       **Assistant United States Attorney**
                                       **Counsel for the United States**

## ORDER

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation of the parties in its entirety including the exclusion of time for trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(iv).  The

previously set date for Status Conference of June 28, 2016 is hereby vacated, and the matter is reset on the Court's regular criminal law and motion calendar for Status Conference for **Tuesday, March July 12, 2016 at 9:15 a.m.**

  **Dated:  6/24/2016**

             /s/ John A. Mendez
             **THE HONORABLE JOHN A. MENDEZ**
             **United States District Judge**
             **Eastern District of California**